The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEON COLE,<br><br>            Plaintiff,<br><br>   v.<br><br>AMAZON.COM SERVICES LLC;<br>AMAZONFRESH LLC; and DOES 1<br>through 2, inclusive,<br><br>            Defendants. | No. 2:24-cv-01147-TL<br><br>STIPULATED MOTION AND<br>[PROPOSED] ORDER<br>EXTENDING CASE DEADLINES<br><br>NOTE ON MOTION CALENDAR:<br>March 3, 2025 |

## STIPULATED MOTION

Pursuant to LCR 7(d)(1) and 10(g), Plaintiff Deon Cole and Defendants Amazon.com Services, LLC and AmazonFresh LLC (collectively "Amazon"), jointly request and stipulate to extend certain case deadlines. The Parties previously stipulated to extensions of the case deadlines three times, which the Court granted. *See* Stipulations and Order (Dkt. Nos. 30, 38, 41-42). The Parties make this request by stipulated motion, in accordance with the Court's recent directive. *See* Notice to Parties Regarding Deadlines (Dkt. No. 42) at 2 ("[S]hould the Parties seek to extend additional deadlines going forward, they must file an appropriate motion requesting as much."). In support of this stipulated motion, the Parties state as follows:

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING CERTAIN DEADLINES (2:24-cv-01147-TN) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1.       On March 28, 2024, Plaintiff filed a complaint against Amazon in Los Angeles Superior Court. The case was transferred to this Court on July 26, 2024, Order (Dkt. No. 21), and Plaintiff filed his Amended Complaint on September 26, 2024. Am. Compl. (Dkt. No. 32).

2.       On November 1, 2024, Amazon moved to dismiss the Amended Complaint. Mot. to Dismiss (Dkt. No. 37). The Court granted the Motion on February 2, 2025, and ordered that any second amended complaint shall be filed no later than March 10, 2025. Order (Dkt. No. 44).

3.       The Parties previously sought extensions of certain case deadlines, including the deadline to conduct a Federal Rule of Civil Procedure 26(f) Conference, the deadline for Initial Disclosures, and the deadline for filing a Joint Status Report, Stipulations (Dkt. Nos. 30, 38, 41), which the Court granted, Notice to Parties Regarding Deadlines (Dkt. No. 42).

4.       Given that Plaintiff intends to file a second amended complaint, and that Amazon intends to file a motion to dismiss that amendment, the Parties jointly agree to extend certain case deadlines in anticipation of that amendment and motions practice. Good cause exists for this extension because if the Court were to grant Amazon's second motion to dismiss and close the case, then compliance with these case deadlines would become moot. Accordingly, in the interest of judicial economy, and avoiding potentially unnecessary costs for the Parties, the Parties stipulate to extend certain case deadlines as follows:

| Case Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for FRCP 26(f) Conference | 3/10/2025 | 7/11/2025 |
| Deadline for Initial Disclosures | 3/24/2025 | 7/25/2025 |
| Deadline for Filing Motion to Dismiss Second Amended Complaint | 3/24/2025 | 4/7/2025 |
| Deadline for Filing Opposition to Motion to Dismiss Second Amended Complaint | 4/21/2025 | 5/5/2025 |
| Deadline for Filing Reply in Support of Motion to Dismiss Second Amended Complaint | 5/12/2025 | 5/19/2025 |
| Deadline for Joint Status Report | 4/7/2025 | 8/8/2025 |

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING CERTAIN DEADLINES (2:24-cv-01147-TN) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

|   |   |
|---|---|
| 1 | 5. Based on the foregoing, the Parties respectfully request that the Court grant this |
| 2 | stipulated motion and extend the case deadlines as set forth in the Proposed Order below. |
| 3 | Stipulated to this 3rd day of March, 2025. |

DAVIS WRIGHT TREMAINE LLP
Attorneys for Amazon.com Services LLC and AmazonFresh LLC

By *s/ John Goldmark*
    John A. Goldmark, WSBA #40980
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104-1610
    Telephone: (206) 757-8136
    Email: johngoldmark@dwt.com

THE WARD FIRM
Attorneys for Plaintiff Deon Cole

By *s/ Justin L. Ward (pro hac vice)*
    Justin L. Ward, CSBA # 225363
    2121 Natomas Crossing Dr, Ste 200-389,
    Sacramento, CA 95834
    Telephone: 916-443-2474
    Email: thewardfirmca@gmail.com

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING CERTAIN DEADLINES (2:24-cv-01147-TN) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**[PROPOSED] ORDER**

The Court GRANTS the Parties' stipulated motion and the case deadlines are extended as follows:

| Case Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for FRCP 26(f) Conference | 3/10/2025 | 7/11/2025 |
| Deadline for Initial Disclosures | 3/24/2025 | 7/25/2025 |
| Deadline for Filing Motion to Dismiss Second Amended Complaint | 3/24/2025 | 4/7/2025 |
| Deadline for Filing Opposition to Motion to Dismiss Second Amended Complaint | 4/21/2025 | 5/5/2025 |
| Deadline for Filing Reply in Support of Motion to Dismiss Second Amended Complaint | 5/12/2025 | 5/19/2025 |
| Deadline for Joint Status Report | 4/7/2025 | 8/8/2025 |

IT IS SO ORDERED this 4th day of March 2025.

_____
HONORABLE TANA LIN
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

DAVIS WRIGHT TREMAINE LLP
Attorneys for Amazon.com Services LLC
and AmazonFresh LLC

By *s/ John Goldmark*
   John A. Goldmark, WSBA #40980
   920 Fifth Avenue, Suite 3300
   Seattle, WA 98104-1610
   Telephone: (206) 757-8136
   Email: johngoldmark@dwt.com

THE WARD FIRM
Attorneys for Plaintiff Deon Cole

By *s/ Justin L. Ward* (*pro hac vice*)
   Justin L. Ward, CSBA # 225363
   2121 Natomas Crossing Dr, Ste 200-389
   Sacramento, CA 95834
   Telephone: 916-443-2474
   Email: thewardfirmca@gmail.com

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING CERTAIN DEADLINES (2:24-cv-01147-TN) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax