The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEON COLE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AMAZON.COM SERVICES LLC; AMAZONFRESH LLC; and DOES 1 through 2, inclusive,<br><br>　　　　　　Defendants. | No. 2:24-cv-01147-TL<br><br>FOURTH STIPULATED MOTION AND [~~PROPOSED~~] ORDER EXTENDING CASE DEADLINES<br><br>NOTE ON MOTION CALENDAR: January 5, 2026 |

## STIPULATED MOTION

Pursuant to LCR 7(d)(1) and 10(g), Plaintiff Deon Cole and Defendants Amazon.com Services, LLC and AmazonFresh LLC (collectively "Amazon"), jointly request and stipulate to extend certain case deadlines. The Parties previously stipulated to extensions of the case deadlines five times, which the Court granted. *See* Stipulations and Orders (Dkt. Nos. 30, 38, 41-42, 45-46, 52-53, 55-56). The Parties make this request by stipulated motion, in accordance with the Court's directive. *See* Notice to Parties Regarding Deadlines (Dkt. No. 42) at 2 ("[S]hould the Parties seek to extend additional deadlines going forward, they must file an appropriate motion requesting as much."). In support of this stipulated motion, the Parties state as follows:

---

FOURTH STIPULATED MOTION AND [~~PROPOSED~~] ORDER
EXTENDING CERTAIN DEADLINES (2:24-cv-01147-TN) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1. On March 28, 2024, Plaintiff filed a complaint against Amazon in Los Angeles Superior Court. The case was transferred to this Court on July 26, 2024, Order (Dkt. No. 21), and Plaintiff filed his Amended Complaint on September 26, 2024. Am. Compl. (Dkt. No. 32).

2. On November 1, 2024, Amazon moved to dismiss the Amended Complaint. Mot. to Dismiss (Dkt. No. 37). The Court granted the Motion on February 2, 2025, and ordered that any second amended complaint shall be filed no later than March 10, 2025. Order (Dkt. No. 44).

3. Plaintiff filed his Second Amended Complaint on March 10, 2025. (Dkt. No. 47). Amazon moved to dismiss the Second Amended Complaint on April 7, 2025 (Dkt No. 48). The Court granted the Motion on August 14, 2025, and ordered that any third amended complaint shall be filed no later than September 15, 2025. Order (Dkt. No. 54).

4. Plaintiff filed his Third Amended Complaint on September 15, 2025. (Dkt. No. 57). Amazon moved to dismiss the Third Amended Complaint on October 14, 2025 (Dkt No. 58). Plaintiff opposed the motion on November 12, 2025, and Amazon filed its reply in support of the motion on November 25, 2025. (Dkt. Nos. 59-60).

5. The Parties previously sought extensions of certain case deadlines, including the deadline to conduct a Federal Rule of Civil Procedure 26(f) Conference, the deadline for Initial Disclosures, and the deadline for filing a Joint Status Report, Stipulations (Dkt. Nos. 30, 38, 41, 45, 52, 55), which the Court granted, Notice to Parties Regarding Deadlines and Order (Dkt. Nos. 42, 46, 53, 56).

6. Given that pending motion to dismiss as to Plaintiff's Third Amended Complaint, which is not yet resolved by the Court, the Parties jointly agree to extend certain case deadlines. Good cause exists for this extension because if the Court were to grant Amazon's pending motion to dismiss and close the case, then compliance with these case deadlines would become moot. Accordingly, in the interest of judicial economy, and avoiding potentially unnecessary costs for the Parties, the Parties stipulate to extend certain case deadlines as follows:

FOURTH STIPULATED MOTION AND [~~PROPOSED~~] ORDER EXTENDING CERTAIN DEADLINES (2:24-cv-01147-TN) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

| Case Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for FRCP 26(f) Conference | 1/5/2026 | 4/2/2026 |
| Deadline for Initial Disclosures | 1/19/2026 | 4/16/2026 |
| Deadline for Joint Status Report | 2/2/2026 | 4/30/2026 |

7.  Based on the foregoing, the Parties respectfully request that the Court grant this stipulated motion and extend the case deadlines as set forth in the Proposed Order below.

Stipulated to this 2nd day of January, 2026.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Amazon.com Services LLC and AmazonFresh LLC

By *s/ Mark C. Burnside*

Mark C. Burnside CSBA #323824 (*pro hac vice*)
John A. Goldmark, WSBA #40980
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 757-8136
Email: markburnside@dwt.com

THE WARD FIRM
Attorneys for Plaintiff Deon Cole

By *s/ Justin L. Ward (pro hac vice)*
Justin L. Ward, CSBA # 225363
2121 Natomas Crossing Dr, Ste 200-389,
Sacramento, CA 95834
Telephone: 916-443-2474
Email: thewardfirmca@gmail.com

FOURTH STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING CERTAIN DEADLINES (2:24-cv-01147-TN) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**[PROPOSED] ORDER**

The Court GRANTS the Parties' stipulated motion and the case deadlines are extended as follows:

| Case Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for FRCP 26(f) Conference | 1/5/2026 | 4/2/2026 |
| Deadline for Initial Disclosures | 1/19/2026 | 4/16/2026 |
| Deadline for Joint Status Report | 2/2/2026 | 4/30/2026 |

IT IS SO ORDERED this  5th  day of  January , 2026.

_____
Honorable Tana Lin
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

DAVIS WRIGHT TREMAINE LLP
Attorneys for Amazon.com Services LLC
and AmazonFresh LLC

By *s/ Mark C. Burnside*
    Mark C. Burnside CSBA #323824 (*pro hac vice*)
    John A. Goldmark, WSBA #40980
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104-1610
    Telephone: (206) 757-8136
    Email: markburnside@dwt.com

THE WARD FIRM
Attorneys for Plaintiff Deon Cole

By *s/ Justin L. Ward* (*pro hac vice*)
    Justin L. Ward, CSBA # 225363
    2121 Natomas Crossing Dr, Ste 200-389
    Sacramento, CA 95834
    Telephone: 916-443-2474
    Email: thewardfirmca@gmail.com

FOURTH STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING CERTAIN DEADLINES (2:24-cv-01147-TN) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax